IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SPEKTAR USA, LLC, | No. 4:23-CV-00633 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| TEAM PACKAGING, INC., | |
| Defendant. | |

## ORDER

### JUNE 25, 2025

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff Spektar USA, LLC's Motion for Summary Judgment (Doc. 35) is **GRANTED** in part and **DENIED** in part:

    a. As to Counterclaim I (Breach of Contract to Supply Conforming Film), Spektar's Motion for Summary Judgment is **DENIED**.

    b. As to Counterclaim II (Breach of Representations and Warranties Regarding Loaner Machine), Spektar's Motion for Summary Judgment is **GRANTED**.

    c. As to Count I (Breach of Contract: Unpaid Invoices 11734, 11735, 12035, 12089 and 12395):

      i.      Regarding the failure to pay Invoice No. 11734 under Purchase Order 1035183, Spektar's Motion for Summary Judgment is **DENIED**;

      ii.      Regarding the failure to pay Invoice No. 11735 under Purchase Order 1035183, Spektar's Motion for Summary Judgment is **DENIED**;

      iii.      Regarding the failure to pay Invoice No. 12035 under Purchase Order 1036919, Spektar's Motion for Summary Judgment is **DENIED**;

      iv.      Regarding the failure to pay Invoice No. 12089 under Purchase Order 1037600, Spektar's Motion for Summary Judgment is **GRANTED**; and

      v.      Regarding the failure to pay Invoice No. 12395 under multiple purchase orders, Spektar's Motion for Summary Judgment is **DENIED**.

d.    As to Count II (Breach of Contract: Equipment Purchasing Agreement), Spektar's Motion for Summary Judgment is **GRANTED**.

  e. As to Count III (Conversion / Misappropriation: Spektar's MultiVac R230 Loaner Machine), Spektar's Motion for Summary Judgment is **DENIED**.

  f. As to Count IV (Unjust Enrichment), Spektar's Motion for Summary Judgment is **DENIED**.

2. The Court shall schedule a telephonic status conference with counsel of record by separate Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge